IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JIMMY JACKSON,

    Petitioner,

v.

AIMEE SMITH,

    Respondent.

CIVIL ACTION NO.: 6:22-cv-22

---

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JIMMY JACKSON,

    Petitioner,

v.

WARDEN, AUGUSTA STATE MEDICAL PRISON,

    Respondent.

CIVIL ACTION NO.: 6:22-cv-74

## O R D E R

After independent and de novo reviews of the entire records, the undersigned concurs with the Magistrate Judge's Reports and Recommendations in the above-captioned cases. Doc. 23; Doc. 9.[1] Petitioner Jimmy Jackson ("Jackson") did not file Objections to either of the Reports and Recommendations. Accordingly, the Court **ADOPTS** the Magistrate Judge's Reports and

---

[1] The Court cites first the docket in Case Number 6:22-cv-22 and then to the docket in Case Number 6:22-cv-74.

Recommendations as the opinions of the Court. The Court **DISMISSES** Jackson's 28 U.S.C. § 2254 Petitions as untimely filed, **DIRECTS** the Clerk of Court to **CLOSE** these cases and enter the appropriate judgments of dismissal, and **DENIES** Jackson leave to proceed *in forma pauperis* on appeal in both above-captioned cases.

**SO ORDERED**, this 29th day of March, 2023.

---
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA